IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

I-55 Development, LLC                                          PLAINTIFF

VS.                              CIVIL ACTION NO. 5:15-cv-29(DCB)(MTP)

Nationwide Insurance Company                                   DEFENDANT

### ORDER OF REMAND

This cause having come before the Court on the plaintiff I-55 Development, LLC's motion for leave to file first amended complaint, and the Court having granted the motion, adding a non-diverse defendant whose presence defeats this Court's diversity jurisdiction;

ACCORDINGLY,

IT IS HEREBY ORDERED that this cause is REMANDED to the County Court of Pike County, Mississippi.

SO ORDERED, this the 1st day of March, 2016.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE